## *IN THE SUPREME COURT, STATE OF WYOMING*

**2023 WY 96**

*October Term, A.D. 2023*

October 4, 2023

MICHAEL LOUIS TAYLOR,

Appellant
(Defendant),

v.                                                          S-23-0144

THE STATE OF WYOMING

Appellee
(Plaintiff).

### ORDER AFFIRMING THE DISTRICT COURT'S ORDER SUSPENDING PROCEEDINGS PURSUANT TO WYOMING STATUTE § 7-13-301

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted. Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of felony stalking. Wyo. Stat. Ann. § 6-2-506(b) and (e)(iv). The district court suspended proceedings pursuant to Wyo. Stat. Ann. § 7-13-301, while imposing three years of supervised probation. Appellant filed this appeal to challenge the district court's February 14, 2023, Order Suspending Proceedings Pursuant to Wyoming Statute § 7-13-30[1].

[¶2]    On August 7, 2023, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that, on or before September 21, 2023, Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Suspending Proceedings Pursuant to Wyoming Statute § 7-13-301 should be affirmed. It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Michael Louis Taylor, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Sweetwater County District Court's February 14, 2023, Order Suspending Proceedings Pursuant to Wyoming Statute § 7-13-301 be, and the same hereby is, affirmed.

[¶6]    **DATED** this 4th day of October, 2023.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**